National Bank of Atlanta, 4 Cir., 184 F.2d 152; Baltimore & O. R. Co. v. United Fuel Gas Co., 4 Cir., 154 F.2d 545.

Appeal dismissed.

**PER CURIAM.**

The United States District Court for the Western District of Washington, Southern Division, dismissed applicant's application for a writ of habeas corpus. It appears from applicant's allegations that he has previously made a motion pursuant to 28 U.S.C. § 2255 to vacate sentence and that that motion was denied. The application is dismissed. 28 U.S.C. § 2255.

---

**Erwin J. DEL'MARMOL, Petitioner,**

v.

**L. P. GOLLAHER, Acting Warden, United States Penitentiary, McNeil Island, Respondent.**

**Misc. No. 425.**

United States Court of Appeals, Ninth Circuit.

March 21, 1955.

**Eddie L. BURDIX, Petitioner,**

v.

**UNITED STATES of America, Respondent.**

**Misc. No. 423.**

United States Court of Appeals, Ninth Circuit.

March 21, 1955.

Edwin J. Del'Marmol, in pro. per.

No appearance for respondent.

Before DENMAN, Chief Judge, and BONE and POPE, Circuit Judges.